UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-CV-20635-KMM

William Rodriguez,

    Petitioner,
v.

Lydia Marquez Gomez,

    Respondent.
                                         /

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Defendant's Renewed Motion to Stay Discovery and for Relief from the Court's Pretrial Deadlines Pending Ruling on Defendant's Entitlement to Qualified Immunity. ("Motion") (ECF No. 27). The Court referred the matter to the Honorable Lauren F. Louis, United States Magistrate Judge, who issued a Report and Recommendation recommending that the Court "abate all pre-trial deadlines from today's date until resolution of Defendant's dispositive motion." ("R&R") (ECF No. 41). Plaintiff did not file objections and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As set forth in the R&R, Magistrate Judge Louis finds that Defendant is entitled to a stay of discovery pending disposition of her Motion to Dismiss. R&R at 2. Magistrate Judge Louis recommends the Court abate all pre-trial deadlines until resolution of Defendant's dispositive motion; and that the time remaining for discovery be permitted thereafter. *Id*. This Court agrees.

Accordingly, UPON CONSIDERATION of the Petition, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Louis's Report and Recommendation (ECF No. 42) is ADOPTED and Defendant's Motion to Stay Discovery (ECF No. 27) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of October, 2020.

*[signature]*
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record